THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT BARDEN, Appellant.

Decided January 14, 2016

Reargument ordered and case set down for argument during a future session of this Court.

Concur: Acting Chief Judge PIGOTT and Judges RIVERA, ABDUS-SALAAM, STEIN and FAHEY.